IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEVEN C. WILSON, II,         )
                              )
     Plaintiff,               )
                              )
v.                            )     CASE NO. CV411-246
                              )
CITY OF BLOOMINGDALE, GA.     )
POLICE DEPARTMENT and CHATHAM )
COUNTY SHERIFF'S DEPARTMENT,  )
                              )
     Defendants.              )
                              )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of November 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA